[L. A. No. 2603. Department Two.—September 26, 1911.]

CITY OF LOS ANGELES (a Municipal Corporation), Respondent, v. UNION TRUST COMPANY OF LOS ANGELES (a Corporation), Appellant.

MUNICIPAL CORPORATIONS—INVALID ORDINANCE.—Judgment and order affirmed on the authority of *City of Los Angeles* v. *Lankershim, ante,* p. 800.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. Frank F. Oster, Judge presiding.

The facts are similar to those stated in the opinion in *City of Los Angeles* v. *Lankershim, ante,* p. 800.

John D. Works, and Brander W. Lee, for Appellant.

Leslie R. Hewitt, City Attorney, and John W. Shenk, Assistant City Attorney, for Respondent.

THE COURT.—The above entitled case is in all respects identical with the case of *The City of Los Angeles (a Municipal Corporation)*, plaintiff and respondent, v. *J. B. Lankershim,* defendant and appellant (L. A. 2604), *ante,* p. 800, this day decided.

For the reasons given in the latter case the judgment and order appealed from are reversed and the cause remanded.